UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUST GROOP LTD. T/A JUST CONSTRUCTION,

Plaintiff,

-against-

JACOB COMPANIES, INC.,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2025
```

1:25-cv-3550-MKV

<u>ORDER OF DISMISSAL</u>

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter stating that the parties have reached a settlement in principle [ECF No. 20]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and if the application to restore the action is made by August 25, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date: July 23, 2025
New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**